UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22682-CIV-COHN

LAZARO CANTILLO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

**THIS CAUSE** is before the Court upon Movant Lorenzo Brown's Notice of Appeal [DE 27], which this Court construes as a request for a Certificate of Appealability. The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White, overruled Cantillo's Objections, and denied Cantillo's Motion to Vacate, Set Aside, or Correct Sentence on January 8, 2007. [DE 25] After considering the instant motion for certificate of appealability, the Court will deny such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484. The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Request for Certificate of Appealability [DE 27] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)

Counsel of record

Lazaro Cantillo, *pro se*
67173-004
Federal Correctional Complex - USP
P.O. Box 1033
Coleman, FL  33521